Hoffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VOSS v. SMITH (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by Edward Voss against George M. Smith. No opinion. Motions denied.

VROOM, Respondent, v. TILLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Charles H. Vroom against John Tilly and Jacob I. Housman. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 51.

WAHL et al. v. BARNUM et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Julius P. Wahl and others against Sarah B. Barnum, executor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

WALKER v. BEST et al. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Emma Walker against Lyman A. Best and William H. Maxwell. No opinion. Motions denied.

WALLACE, Respondent, v. PURCELL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by David Wallace against James Purcell. Farrar & Becker, for appellant. J. A. Stephens, for respondent. No opinion. Judgment affirmed, with costs.

WALTERS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Nellie M. Walters against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment modified, so as to grant a new trial to the defendant, upon the ground that the verdict in favor of the plaintiff was against the weight of evidence, upon payment by the defendant of the costs of the trial already had and disbursements to the date of the order, and the judgment, so far as it directs a verdict in favor of the defendant, reversed, without costs, on the authority of Dowling v. Brooklyn Heights R. R. Co. (decided August 31, 1905) 95 N. Y. Supp. 105.
WOODWARD, J., votes to reinstate the verdict in favor of the plaintiff.

In re WALTON. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Anna T. Walton. No opinion. Motion denied, on payment of $10 costs, and on payment of an additional $10, leave given to apply to the court below to open default.

WASHBURN, Respondent, v. NEW YORK & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Ransom C. Washburn against the New York & Pennsylvania Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event upon questions of law only; the facts having been examined and no error found therein. Held, that the engine crew at the time of the accident was engaged in the service of Flohr Bros., and therefore the defendant is not liable for their alleged negligence.

WEBB et al. v. SWEET et al. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Arnold J. Webb and another against Gerrit S. Sweet and others. No opinion. Judgment directed in favor of the plaintiff on the submission for $1,500, with accrued interest thereon, subject to the fees of the trustee, with costs against the defendants Gerrit S. Sweet and Mary E. Lane.

WEED v. FIRST NAT. BANK OF SARATOGA SPRINGS et al. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by William R. Weed, who brings this suit on behalf of himself and all other stockholders of the First National Bank of Saratoga Springs, situated similarly with himself, against the First National Bank of Saratoga Springs and others. No opinion. Motion denied.

WEINBERG et al., Respondents, v. LAVENBERG, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Max Weinberg and others against Kassel Lavenberg. E. Cohn, for appellant. J. A. Haughwout, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WEST, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Nettie West, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See 83 N. Y. Supp. 1119.

WEST, Appellant, v. WOODRUFF, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Frank G. West against Henry G. Woodruff.
PER CURIAM. It appearing that the four justices who are qualified to hear the appeal herein are equally divided and unable to render a decision of said appeal, it is ordered that the said appeal be transferred to the Appellate Division for the Third Judicial Department, to be there heard and determined, pursuant to the provisions of section 231 of the Code of Civil Procedure.

WHALEN, Appellant, v. SQUIRES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Elizabeth Whalen against Mary J. Squires and others.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the